**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE<br><br>ANA E CORDERO JIMENEZ<br>DEBTOR | CASE NO. 15-02439 EAG<br><br>CHAPTER 13 |

NOTICE OF FILING AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

 Debtor, through the undersigned counsel respectfully states and prays as follows:

1. Debtor is proposing the attached amended Chapter 13 Plan dated May 13, 2015 on this date,

*in correct treatment to creditor Oriental Bank, to be paid in full under the plan.*

 WHEREFORE, debtor respectfully requests from the Honorable Court to take notice of the filing of the plan and the same has been served on all creditors and parties in interest.

 **NOTICE IS HEREBY GIVEN THAT DEBTORS HAVE FILED A PROPOSED AMENDED CHAPTER 13 PLAN DATED MAY 13, 2015, WHICH MAY BE APPROVED WITHOUT FURTHER NOTICE OR HEARING UNLESS A WRITTEN OBJECTION IS FILED NOT LATER THAN 21 DAYS AFTER THIS NOTICE.**

 Respectfully submitted in San Juan, Puerto Rico, this May 15, 2015.

**CERTIFICATE OF SERVICE**: I hereby certify that on May 15, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: per attached master list. .

           *s/ Madeline Soto Pacheco*
           MADELINE SOTO PACHECO, ESQ.
           USDC 207910
           LUBE & SOTO LAW OFFICES
           1130 F.D. ROOSEVELT AVE
           SAN JUAN, PR 00920-2906
           TEL.: 722-0909 FAX: 977-1709
           E-MAIL: madelinesotopacheco@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico, ~ Division**

IN RE:  Case No. **2:15-bk-2439**

**CORDERO JIMENEZ, ANA E**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **5/13/2015**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **60** = $ **12,000.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **12,000.00**

Additional Payments:
$ **865.00** to be paid as a LUMP SUM within **9 months** with proceeds to come from:
☐ Sale of Property identified as follows:

☑ Other:
**INCOME TAX REFUND 2014**

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **12,865.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,650.00**

Signed: **/s/ ANA E CORDERO JIMENEZ**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**  Cr. ___  Cr. ___
# **8930000-242672**  # ___  # ___
$ **500.00**  $ ___  $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ORIENTAL**  Cr. ___  Cr. ___
# **CL 3/ 0324-96164259**  # ___  # ___
$ **6,986.13**  $ ___  $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.**  Phone: **(787) 722-0909**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE CORDERO JIMENEZ, ANA E                                   Case No. 2:15-bk-2439
                              Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

**NO LV**
**NO PRIORITIES**

**ORDER OF DISTRIBUTION TO BE MADE BY TRUSTEE:**

**FIRST: ATTORNEY FEES PURSUANT TO 11 USC 330**

**SECOND: PRO RATA TO SECURED CREDITORS**

**A. DORAL BANK PRE PETITION MORTGAGE ARREARS IN THE AMOUNT OF $500.00 (OR IN THAT AMOUNT AS FILED BY CREDITOR UNLESS CLAIM IS OBJECTED) THROUGH THE PLAN. DEBTOR TO CONTINUE PAYMENTS DIRECTLY TO CREDITOR FROM 4/15 FORWARD ON DUE DATE UP TO FULL SATISFACTION OF CLAIM.**

**B. CL 3- ORIENTAL: AUTO LOAN OVER 2009 NISSAN ALTIMA. DEBTOR TO PAY FULL BALANCE THROUGH THE PLAN. INSURANCE WILL BE PROVIDED TO CREDITOR THROUGH THE PLAN AFTER MATURITY DATE (9/2015)**

**THIRD: PRORATA DISTRIBUTION TO ALLOWED GENERAL UNSECURED CLAIMS.**

**-TAX REFUNDS, IF ANY, WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. DEBTOR WILL AMEND THE PLAN TO PROVIDE FOR THE PAYMENT OF SUCH REFUNDS AS LUMP SUMS FOR EACH YEAR AS APPLICABLE. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR (S) WILL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF THESE FUNDS. AS SUCH, DEBTOR TO DEVOTE TO THE PLAN TAX REFUND FOR 2014 IN THE AMOUNT OF $865.00 ON OR BEFORE DECEMBER 2015.**

**--BBVA- AUTO LOAN OVER 2005 KIA SPECTRA. VEHICLE BELONGS AND IS IN POSSESSION OF THIRD PARTY WANDA CORDERO JIMENEZ, URB LOS REYES, CALLE ESTRELLA #56, JUANA DIAZ, PR 00795, WHO WILL CONTINUE MAKING TIMELY PAYMENTS TO CREDITOR BBVA. DEBTOR CONSENTS TO LIFT STAY ON BEHALF OF CREDITOR.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          (p)ORIENTAL BANK AND TRUST           SCOTIABANK DE PUERTO RICO
0104-2                                   PO BOX 195115                        P O BOX 362230
Case 15-02439-EAG13                      SAN JUAN PR 00919-5115               SAN JUAN, PR 00936-2230
District of Puerto Rico
Ponce
Fri May 15 12:50:39 AST 2015

US Bankruptcy Court District of PR       ANGEL M VAZQUEZ BAUZA, ESQ           American InfoSource LP as agent for
Jose V Toledo Fed Bldg & US Courthouse   ENR & ASSOCIATES                     T Mobile/T-Mobile USA Inc
300 Recinto Sur Street, Room 109         PO BOX 191017                        PO Box 248848
San Juan, PR 00901-1964                  SAN JUAN, PR  00919-1017             Oklahoma City, OK  73124-8848


BANCO BILBAO VIZCAYA                     BANCO POPULAR DE PUERTO RICO         CARICO INTERNATIONAL
PO BOX 364745                            PO BOX 362708                        2851 W CYPRESS CREEK RD
SAN JUAN, PR  00936-4745                 SAN JUAN, PR 00936-2708              FORT LAUDERDALE, FL 33309-1781


CITIFINANCIAL                            CLARO                                DORAL BANK
PO BOX 70919                             PO BOX 360998                        1451 AVE F.D. ROOSEVELT
CHARLOTTE, NC  28272-0919                SAN JUAN, PR  00936-0998             SAN JUAN, PR  00920


DORAL BANK                               GE MONEY BANK                        HOME DEPOT CREDIT SERVICES
PO BOX 71529                             RECOVERY MANAGMENT SYSTEMS CORP.     PROCESSING CENETER
SAN JUAN, PR  00936-8629                 25 SE 2ND AVE STE 1120               DES MOINES, IA  50364-0500
                                         MIAMI, FL  33131-1605


ORIENTAL                                 ORIENTAL BANK                        SCOTIABANK
DIVISION DE FINANCIAMIENTO DE AUTOS      ANGEL M. VAZQUEZ BAUZA               ATTY ISMAEL H HERRERO
PO BOX 364735                            PO BOX 195115                        PO BOX 362159
SAN JUAN, PR 00936                       SAN JUAN PR. 00919-5115              SAN JUAN PR 00936 2159


SCOTIABANK                               SCOTIABANK DE PUERTO RICO            ALEJANDRO OLIVERAS RIVERA
PO BOX 362649                            ISMAEL H. HERRERO III, ESQ.          ALEJANDRO OLIVERAS CHAPTER 13 TRUS
SAN JUAN, PR  00936-2649                 P O BOX 362159                       PO BOX 9024062
                                         SAN JUAN  PR 00936-2159              SAN JUAN, PR 00902-4062


ANA E CORDERO JIMENEZ                    MADELINE SOTO PACHECO                MONSITA LECAROZ ARRIBAS
2DA EXT PUNTO ORO                        LUBE & SOTO LAW OFFICES, P.S.C.      OFFICE OF THE US TRUSTEE (UST)
6530 CALLE EL BUD                        1130 AVE FD ROOSEVELT                OCHOA BUILDING
PONCE, PR 00728-2417                     SAN JUAN, PR 00920-2906              500 TANCA STREET  SUITE 301
                                                                              SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ORIENTAL BANK                            End of Label Matrix
ENRIQUE NASSAR RIZEK & ASSOCIATES        Mailable recipients   23
PO BOX 191017                            Bypassed recipients    0
SAN JUAN, PR 00919                       Total                 23
```